UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Criminal No. 26-CR-20616

vs.

Hon. Susan K. DeClercq

Michael Anderson,

Defendant.
______________________/

**DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION**

I, Michael Anderson, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty to federal program bribery, I may be sentenced as follows:

Count 1: Up to 10 years imprisonment and/or a $250,000 fine.

Michael Anderson
Defendant

ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 9/25/26

Stacey M. Studnicki

Stacey M. Studnicki
Counsel for Defendant